IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONALD RAY SULLIVAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 01-B-0440-E |
| ) | |
| WARDEN J. C. GILES and THE ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

**ENTERED**
JAN 30 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this 30th day of January, 2002.

Sharon Lovelace Blackburn
SHARON L. BLACKBURN
UNITED STATES DISTRICT JUDGE

